# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NABA, | ) Case No.: 1:17-cv-0726- JLT |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| v. | ) (Doc. 13) |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On January 10, 2018, the parties stipulated for an extension of time for Plaintiff to file an opening brief. (Doc. 13) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5-1 at 4), and this is the first extension requested by either party. Based upon the stipulation of the parties, and good cause appearing, the Court **ORDERS:**

1. The request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **February 15, 2018**.

IT IS SO ORDERED.

Dated: **January 11, 2018**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for her predecessor, Carolyn W. Colvin, as the defendant.