# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA NABA,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-00726 - JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 16) |

The parties have stipulated to dismiss the action with prejudice. Federal Rules of Civil Procedure 41(a)(1)(A)(ii) permit "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 16) Thus, the Court **ORDERS**:

1. Plaintiff's social security appeal is **DISMISSED** with prejudice; and
2. The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **March 5, 2018**                   **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE